**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEALLY CUNNINGHAM,<br><br>             Petitioner,<br><br>     v.<br><br>STEVE LANGFORD, Warden,<br><br>             Respondent. | Case No. CV 16-5942 JAK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS, AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\
\\

1    **IT IS ORDERED** that Judgment shall be entered dismissing this
2    action without prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner and counsel for
6    Respondent.

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10   DATED: November 9, 2016

                                          _____
                                          JOHN A. KRONSTADT
                                          UNITED STATES DISTRICT JUDGE

2