1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   NEALLY CUNNINGHAM,              Case No. CV 16-5942 JAK (SS)

12                Petitioner,

13        v.                                    **JUDGMENT**

14   STEVE LANGFORD, Warden,

15                Respondent.

16

17        Pursuant  to  the  Court's  Order  Accepting  Findings,

18   Conclusions  and  Recommendations  of  United  States  Magistrate

19   Judge,

20

21        IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22   dismissed without prejudice.

23

24   DATED: November 9, 2016

25                                    _____  _____
                                      JOHN A. KRONSTADT
26                                    UNITED STATES DISTRICT JUDGE

27

28